UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

YASIEL PICHS RODRIGUEZ,

Petitioner,

v.                                                    Case No. 3:26-cv-325-MMH-SJH

GARRETT RIPA, et al.,

Respondents.

_____

## ORDER

In light of Respondents' Notice of Voluntary Departure (Doc. 10) advising

that Petitioner voluntarily departed the United States on March 19, 2026, it is

**ORDERED:**

1.      The Petition (Doc. 1) is **DISMISSED as moot**.

2.      The **Clerk** shall enter judgment dismissing this case as moot,

terminate any pending motions, and close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 24th day of

March, 2026.

**MARCIA MORALES HOWARD**
United States District Judge

Jax-9 3/24
c:      Counsel of Record